UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BOBAK,

    Plaintiff,

  v.                                         Case No. 16-10092

BLUE CROSS BLUE SHIELD OF MICHIGAN,

    Defendant.
                                       /

**ORDER GRANTING DEFENDANT'S MOTION
TO EXTEND SCHEDULING ORDER**

      Before the court is Defendant Blue Cross Blue Shield of Michigan's Motion to Extend Scheduling Order filed November 14, 2016. (Dkt. # 17.) In addition to the grounds set forth in Defendant's motion, the court has learned that Plaintiff's counsel has been suspended for a period of two years beginning October 28, 2016. In light of these circumstances, the court finds that good cause exists to extend the deadlines by the requested 60 days. Fed. R. Civ. P. 16(b)(4). Accordingly,

      IT IS ORDERED that that Plaintiff is DIRECTED to secure new counsel and file an appearance within 45 days from the date of entry of this order. Should Plaintiff fail to do so, Plaintiff will be deemed to be proceeding *pro se*.

      IT IS FURTHER ORDERED that Defendant's Motion to Extend Scheduling Order is GRANTED. The scheduling order (Dkt. # 7) is AMENDED such that the relevant deadlines are as follows:

                Joint Final Pretrial Order:          March 3, 2017

                Motions in Limine:                March 3, 2017

   Proposed Jury Instructions:   March 3, 2017

   Pre-trial Conference:   March 10, 2017

   Trial:   March 27, 2017

All other requirements set forth in the court's original scheduling order remain unchanged.

            s/Robert H. Cleland   /
            ROBERT H. CLELAND
            UNITED STATES DISTRICT JUDGE

Dated:  December 2, 2016


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 2, 2016, by electronic and/or ordinary mail.

            s/Lisa Wagner   /
            Case Manager and Deputy Clerk
S:\Cleland\TLH\Civil\16-10092.BOBAK.mot.dismiss.tlh.docx  (313) 234-5522